

## AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Ivon DURAN-Tobon, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Ivon DURAN-Tobon for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3. On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Koch Foods, 108 Morris Tullos Drive, Morton, Mississippi 39117, ICE officials encountered Ivon DURAN-Tobon (Alien # XXXXX4517), an illegal alien from Mexico. Record checks for DURAN-Tobon revealed three prior encounters by U.S. immigration officials. On or about August 28, 2010, DURAN-Tobon was encountered by U.S. immigration officials near Calaboz, Texas, and was

granted a Voluntary Return to Mexico. On or about September 6, 2010, DURAN-Tobon was encountered a second time by U.S. immigration officials in Arizona and was processed as an Expedited Removal. She was thereafter removed to Mexico from Tucson, Arizona, on or about September 7, 2010. Queries within ICE databases revealed Ivon DURAN-Tobon has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Ivon DURAN-Tobon, is a citizen and national of Mexico, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this  15th  day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE